## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Thomas E. Slater,                              Civil No. 10-3383 (RHK/SRN)

              Plaintiff,                 **ORDER FOR DISMISSAL**

v.

Goldman Roth Acquisitions, LLC,

              Defendant.
_____


      Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed

by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on

the merits and without costs or disbursements to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  November 1, 2010

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge